## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CHRIS GABALDON,**

    Plaintiff,

v.                                                                            No. CIV 13-1225 KG/KBM

**COUNTY OF VALENCIA AND
OFFICER N.M. KANYUCK IN
HIS OFFICIAL AND INDIVIDUAL
CAPACITY,**

    Defendants.

### STIPULATED ORDER DISMISSING ALL CLAIMS
### AGAINST COUNTY OF VALENCIA

**THIS MATTER** came before this Court on Plaintiff, Chris Gabaldon's Unopposed Motion to Dismiss All Claims Against Defendant County of Valencia.  This Court reviewed the Motion and arguments made therein, and has considered that the parties have entered a settlement of Plaintiff's claims and that all the parties to this litigation do not oppose this Motion. Accordingly, this Court finds that Plaintiff's Unopposed Motion to Dismiss All Claims Against Defendant County of Valencia is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all of the claims which Plaintiff, Chris Gabaldon brought or could have brought against the County of Valencia, in the above-entitled and numbered cause of action are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

By:     /s/ Amavalise F. Jaramillo
        Amavalise F. Jaramillo
        P.O. Box 28
        Tome, NM 87060
        (505) 304-0405
        (505) 916-0377 (facsimile)
        amavalise@yahoo.com

APPROVED:

By:     /s/ Douglas E. Gardner
        Douglas E. Gardner
        Marcus J. Rael, Jr.
        Attorneys for County Defendants
        500 Marquette Ave., NW, Suite 700
        Albuquerque, New Mexico  87102
        (505) 242-2228
        (505) 242-1106 (facsimile)
        douglas@roblesrael.com